THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD T. BELDEGREEN, Appellant.

Argued June 7, 1948; decided July 16, 1948.

*Myron J. Greene* and *Martin Greene* for appellant.

*Frank S. Hogan, District Attorney (Eugene A. Leiman* and *Whitman Knapp* of counsel), for respondent.

Judgment affirmed; no opinion. [See 298 N. Y. 641.]

Concur: LOUGHRAN, Ch. J., LEWIS, THACHER and DYE, JJ. DESMOND and FULD, JJ., dissent on the ground that section 270-a of the Penal Law, which is headed " Soliciting business on behalf of an attorney " was not designed to, and does not apply to attorneys. Taking no part: CONWAY, J.